*NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RAHMAN R. FULTON, | : | |
| | : | Civil Action No. 18-16526 (SRC) |
| Petitioner, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

This matter having come before the Court on Petitioner Rahman R. Fulton's motion to vacate his sentence brought pursuant to 28 U.S.C. § 2255 (ECF No. 1); the Court having considered the motion, the record of proceedings in this matter, the responses filed by the Government (ECF Nos. 6, 11), Petitioner's reply (ECF No. 8), and Petitioner's motions to expedite, for an evidentiary hearing, and for a default judgment (ECF Nos. 7, 9, 10); and for the reasons set forth in the accompanying opinion,

**IT IS** on this 13th day of January, 2020,

**ORDERED** that Petitioner's motion to vacate sentenced (ECF No. 1) is **DENIED**; and it is further

**ORDERED** that Petitioner is **DENIED** a certificate of appealability; and it is further

**ORDERED** that Petitioner's motions seeking an evidentiary hearing (ECF No. 7), to expedite this matter (ECF No. 9), and seeking a default judgment (ECF No. 10) are **DENIED**; and it is finally

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and the accompanying opinion upon the Government electronically and upon Petitioner by regular mail, and shall **CLOSE** the file.


Hon. Stanley R. Chesler
United States District Judge