CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RAHMAN R. FULTON,** | Civil Action No. 18-16526 (SRC) |
| Petitioner, | |
| v. | ORDER |
| **UNITED STATES OF AMERICA,** | |
| Respondent. | |

This matter having come before the Court on Petitioner Rahman R. Fulton's motion seeking leave to proceed *in forma pauperis* on appeal (ECF No. 17), the Court having considered the motion, Petitioner having previously been found indigent in his underlying criminal proceedings, and Petitioner having therefore established his entitlement to proceed *in forma pauperis* on appeal pursuant to Federal Rule of Appellate Procedure 24(a)(3),

IT IS on this 20th day of February, 2020,

**ORDERED** that the Clerk of the Court shall reopen this matter for the purposes of this order only; and it is further

**ORDERED** that Petitioner's motion seeking leave to proceed *in forma pauperis* on appeal (ECF No. 17) is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this order upon Petitioner by regular mail, and shall **CLOSE** the file.

Hon. Stanley R. Chesler,
United States District Judge