CLD-243                                                                July 2, 2020
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **20-1343**

RAHMAN R. FULTON, Appellant

    VS.

UNITED STATES OF AMERICA

    (D.N.J. Civ. No. 2:18-cv-16526)

Present:    JORDAN, KRAUSE and MATEY, Circuit Judges

    Submitted are:

    (1)    Appellant's notice of appeal, which may be construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1); and

    (2)    Appellant's motion for notification of default

    in the above-captioned case.

                Respectfully,

                Clerk

_____ORDER_____

    Fulton's request for a certificate of appealability is denied because he has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Jurists of reason would agree, without debate, that all of Fulton's claims are meritless, for the same reasons provided by the District Court. See Miller-El v. Cockrell, 537 U.S. 322, 327 (2003). In light of this disposition, we deny Fulton's motion for summary disposition of this appeal as moot.

                By the Court,

                s/ Paul B. Matey
                Circuit Judge

Dated: July 10, 2020
ARR/cc: RRF; MEC    Certified as a true copy and issued in lieu
         of a formal mandate on   07/10/2020  

    Teste: _Patricia A Dodszworth_
    **Clerk, U.S. Court of Appeals for the Third Circuit**